IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.: 22-cr-299 (CKK) |
| | : | |
| v. | : | |
| | : | |
| DONALD CHILCOAT, | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF CONSENT TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

Donald Chilcoat, with the consent of the United States, hereby files this notice of consent to exclude time under the Speedy Trial Act, from September 20, 2022 until September 26, 2022.

On September 13, 2022, The Honorable Colleen Kollar-Kotelly issued a minute order scheduling Mr. Chilcoat's arraignment for September 26, 2022. This Court directed counsel for the defendant to file a Notice informing the Court whether he consents to exclude time under the Speedy Trial Act from September 20, 2022 to September 26, 2022. Mr. Chilcoat does consent to this exclusion of time. Undersigned counsel has also discussed this with government counsel, who also consents to this exclusion of time. The parties believe this exclusion of time is appropriate pursuant to 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Maria N. Jacob
Assistant Federal Public Defender
D.C. Bar No. 1031486
625 Indiana Ave. NW, Ste. 550
Washington, D.C. 20004
(202) 208-7500
Maria_jacob@fd.org