# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>DONALD CHILCOAT,<br><br>    Defendant. | Criminal Action No. 22-299-2 (CKK) |

## ORDER
(November 21, 2022)

It is hereby ORDERED that the [27] Unopposed Motion to Modify Conditions of Release as to DONALD CHILCOAT (2) is GRANTED IN PART and DENIED IN PART. It is ORDERED that the [15] Order Setting Conditions of Release as to DONALD CHILCOAT (2) is AMENDED as follows:

The condition of home detention is lifted;

Defendant DONALD CHILCOAT (2) is now subject to curfew; he is restricted to his residence every day from 9:00 pm to 5:00 am.

The Court DENIES IN PART the [27] Motion to the extent that it seeks to lift the condition of location monitoring. Defendant DONALD CHILCOAT (2) remains subject to location monitoring as set forth in the [15] Order Setting Conditions of Release.

**SO ORDERED.**

                                                                /s/
                                                **COLLEEN KOLLAR-KOTELLY**
                                                United States District Judge