UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 22-299 (CKK) |
| | ) | |
| DONALD CHILCOAT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION TO WITHDRAW AS COUNSEL AND FOR COURT TO HOLD *FARETTA* HEARING**

Defendant, Donald Chilcoat, through counsel, respectfully requests that the Court permit undersigned counsel to withdraw as attorney of record and to allow Mr. Chilcoat to represent himself. Below is submitted in support:

1. On December 28, 2022, Mr. Chilcoat filed a motion requesting to represent himself and to remove undersigned counsel from the case. *See* ECF No. 41

2. On January 12, 2023, the Court instructed counsel to confer with Mr. Chilcoat to confirm whether or not it was still his intention to represent himself and if so, to file a Motion to Withdraw and a Motion for a *Faretta* Colloquy.

3. Undersigned counsel received correspondence from Mr. Chilcoat confirming this intention for undersigned counsel to be removed from the case and for him to represent himself.

4. Undersigned counsel has attempted to confer further with Mr. Chilcoat with no success.

5. Based on these reasons, Mr. Chilcoat respectfully requests that the Court grant his

request to allow undersigned counsel to withdraw as counsel of record and for the Court to schedule a hearing pursuant to *Faretta v. California*, 422 U.S. 806 (1975).

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
Maria N. Jacob
D.C. Bar No. 1031486
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500
Maria_Jacob@fd.org