# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | No.   **22-cr-299 (CKK)** |
| **DONALD CHILCOAT** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

Before the Court is a Third Motion to Modify Conditions of Release. For the reasons set forth therein, it is hereby

**ORDERED** that the motion is **granted** and it is further **ORDERED** that Donald Chilcoat's Conditions of Release be modified to remove the condition that he abide by location monitoring as well as the condition that he abide by a curfew.

DATE:

_____
Honorable Colleen Kollar-Kotelly
United States District Judge