UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DONALD CHILCOAT, | Criminal No.  22-cr-299 (CKK) |

### STATUS REPORT

Pursuant to the Court's December 5, 2023 Minute Order, Donald Chilcoat, through undersigned counsel respectfully submits this status report.

Undersigned counsel has been in regular and effective communication with Mr. Chilcoat, who is currently detained at the Correctional Treatment Facility. Mr. Chilcoat does not seek a change in representation and he intends on appearing for all future court proceedings.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
Maria N. Jacob
D.C. Bar No. 1031486
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500
Maria_Jacob@fd.org