**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **No. 22-299 (CKK)** |
| | ) | |
| **DONALD CHILCOAT,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**MOTION TO WITHDRAW AS COUNSEL BECAUSE RETAINED COUNSEL HAS
ENTERED AN APPEARACE**

Undersigned counsel from the Office of the Federal Public Defender respectfully move the Court to permit undersigned counsel to withdraw as counsel of record to Donald Chilcoat because Mr. Chilcoat has retained counsel, Joseph McBride. Mr. McBride has entered his Notice of Appearance, ECF. No. 128. Accordingly, counsel seek the Court's permission to withdraw.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

_____

Maria N. Jacob
Elizabeth A. Mullin
Assistant Federal Public
Defenders
625 Indiana Avenue, N.W., Suite
550
Washington, D.C.  20004
(202) 208-7500
Maria_Jacob@fd.org