IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,**<br><br>v.<br><br>**CHILCOAT ET AL**<br><br>*Defendant*. | **Case No. 22-cr-0299-CKK** |

### NOTICE IN RESPONSE TO THIS HONORABLE COURT'S APRIL 16, 2024, MINUTE ORDER

Undersigned Counsel respectfully submits this notice in response to this Honorable Court's April 16, 2024, MINUTE ORDER directing him to respond to the Court's question as to whether he intends to file motions related to the Superseding Indictment (ECF No. 109) by April 25, 2024, and the issue of a potential conflict of interest in this case.

Undersigned Counsel cannot meet the demands of the current schedule, including the April 25th deadline, for the following reasons: he filed notices of appearance less than twenty-four hours ago. As such, he has not yet received any discovery in this case, let alone review. Because of this, he has not had the opportunity to discuss the evidence with Mr. or Mrs. Chilcoat. Undersigned counsel is also still assembling a defense team with whom he must confer. Regarding any potential conflict, the operative part of Donald and Shawndale Chilcoat's Joint Defense Agreement and Conflict Waiver reads as follows:

> These two defendants have entered an attorney-client-protected Joint Defense Agreement (JDA) to advance their common interests. There is no conflict present. Neither party anticipates any foreseeable future conflict. Both parties explicitly waive any conflict in favor of their common interests in proceeding jointly. Both parties have been fully advised regarding the risks of being jointly defended. Both parties have been fully informed of their rights to effective assistance of counsel and to be represented separately. After fully considering the above, both parties waive any conflict and wish to proceed by being jointly represented.

Dated: Brooklyn, New York
       April 16, 2024                               Respectfully Submitted,

                                                     /s/ Joseph D. McBride, Esq.
                                                     99 Park Avenue
                                                     8th Floor
                                                     New York, NY 10016
                                                     p:  (917) 757-9537
                                                     e:  jmcbride@mcbridelawnyc.com