

# THE MCBRIDE LAW FIRM, PLLC

**JOSEPH D. MCBRIDE, ESQ.**
*Attorney and Counselor at Law*
99 PARK AVENUE
8TH FLOOR
NEW YORK, NY 10016

## FRCP RULE 44(c) JOINT DEFENSE AGREEMENT AND CONFLICT WAIVER

Donald Chilcoat and Shawndale Chilcoat are co-defendants in USA v. CHILCOAT et al. Case No. 1:22-CR-00299(CKK). These two defendants have entered an attorney-client-protected Joint Defense Agreement (JDA) to advance their common interests. There is no conflict present. Neither party anticipates any foreseeable future conflict. Both parties explicitly waive any conflict in favor of their common interests in proceeding jointly. Both parties have been fully advised regarding the risks of being jointly defended. Both parties have been fully informed of their rights to effective assistance of counsel and to be represented separately. After fully considering the above, both parties waive any conflict and wish to proceed by being jointly represented.

Kindly indicate your understanding and acceptance of the above by signing the letter below where indicated.

Very truly yours,

**/s/ Joseph D. McBride, Esq.**

Agreed and Acknowledged: _____   4/17/2024
                          **Donald Chilcoat**                Date

Agreed and Acknowledged: _____   4/16/2024
                          **Shawndale Chilcoat**             Date