UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | )   22-CR-299 (CKK) |
| | ) |
| | ) |
| SHAWNDALE CHILCOATE and | ) |
| DONALD CHILLCOATE | ) |

**DECLARATION OF BRADFORD L. GEYER IN SUPPORT OF
MOTION TO ADMIT COUNSEL PRO HAC VICE**

BRADFORD L. GEYER, being duly sworn, hereby deposes and says as follows:

1. I am a member of the law firm of FormerFedsGroup.Com LLC and occasionally, when it supports the mission of FormerFeds.Org, assist in legal defenses or plaintiffs' actions involving Constitutional rights.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. **I have reviewed and am thoroughly familiar with the Local Rules.**

4. Due to the short notice before this filing, I am a member in good standing of the Pennsylvania Bar and the New Jersey Bar, but my most recent Certificates of Good Standing were from the end of 2023. I can provide updated Certificates of Good Standing in a supplemental filing as this Honorable Court pleases.

5. There are no pending disciplinary proceedings against me in any State or Federal court and I have never been disciplined since entering the profession in September 1991.

6. I am currently before this District's Courts in US v. Baker 24-cr-121 (CRC) [pro bono] and DC v. Kenneth Harrelson et. al 21-cv-3267 [pro bono]  We finished US v. Nichols 21-cr-117 last week, and in the recent past, I have appeared before Honorable Courts in US v. Barnett 21-cr-38, US v. Christie 23-cr-05 and US v. Harrelson 22-cr-15.

Dated: May 14, 2024

/s/ Bradford Geyer
Bradford L. Geyer, PHV
PA 62998
NJ 022751991
Suite 141 "I" Route 130 S., Suite 303
Cinnaminson, NJ 08077
Brad@FormerFedsGroup.Com
(856) 607-5708