UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | 22-cr-299 (CKK) |
| | ) | |
| | ) | |
| SHAWNDALE CHILCOATE and | ) | |
| DONALD CHILLCOATE | ) | |

### ORDER ADMITTING BRADFORD L. GEYER AS COUNSEL PRO HAC VICE

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The admitted attorney, BRADFORD L. GEYER, is permitted to argue or try this particular case in whole or in part as counsel or advocate for Defendants in the above captioned case.

This Order recognizing the receipt of the required *pro hac vice fee* confirms your appearance as counsel in this case. A notation of your admission *pro hac vice* in the above-listed case will be made on the roll of attorneys.

Dated:

_____
Colleen Kollar-Kotelly
United States District Judge

cc: *Pro Hac Vice* Attorney
    Court File