UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SHAWNDALE CHILCOAT,<br>DONALD CHILCOAT,<br><br>Defendants. | Criminal No.  22-cr-299 (CKK) |

**PRETRIAL SCHEDULING ORDER**

Discovery & Associated Deadlines

| | |
|---|---|
| Government to complete any final discovery under present indictment | July 26, 2024 |
| Aspirational date for grand jury decision re: superseding indictment | July 19, 2024 |
| Government to complete discovery under any superseding indictment | July 26, 2024 |
| Discovery motions (Fed. R. Crim. P. 16) | September 6, 2024 |

Expert Notices & Other Crimes Evidence

| | |
|---|---|
| Government's expert notice (FRE 701 & 702) | August 9, 2024 |
| Defendant's expert notice (FRE 701 & 702) | August 9, 2024 |
| Government's FRE 404(b) notice | August 9, 2024 |
| Defendant's response to FRE 404(b) notice | August 16, 2024 |
| *Brady* notice | August 30, 2024 |

Experts

| | |
|---|---|
| Expert reports (FRE 702) | August 23, 2024 |
| Lay witness identification and subject matter (FRE 701) | August 9, 2024 |

Non-Evidentiary Pretrial Motions

| | |
|---|---|
| Defendant's non-evidentiary pretrial motions, such as motions challenging the indictment | August 9, 2024 |
| Government's response to Defendant's non-evidentiary motions | August 23, 2024 |
| Defendant's reply as to non-evidentiary motions | August 30, 2024 |

1

| | |
|---|---|
| Government's non-evidentiary pretrial motions | August 9, 2024 |
|     Defendant's response to Government's non-evidentiary motions | August 23, 2024 |
|     Government's reply as to non-evidentiary motions | August 30, 2024 |

Evidentiary Pretrial Motions

| | |
|---|---|
| Defendant's evidentiary pretrial motions, such as motions to suppress evidence, or *Daubert* | August 16, 2024 |
|     Government's response to Defendant's evidentiary motions | August 30, 2024 |
|     Defendant's reply as to evidentiary motions | September 6, 2024 |
| Government's evidentiary pretrial motions, such as *Daubert* and other crimes (404(b)) | August 16, 2024 |
|     Defendant's response to Government's evidentiary motions | August 30, 2024 |
|     Government's reply as to evidentiary motions | September 6, 2024 |

Motions in Limine

| | |
|---|---|
| Motions *in limine* by both sides | August 16, 2024 |
| Responses to motions *in limine* | August 30, 2024 |
| Replies as to motions *in limine* | September 6, 2024 |

Pretrial Filings

| | |
|---|---|
| Joint notice of stipulations | September 23, 2024 |
| *Giglio*, *Jencks*, and Rule 26.2 material | September 23, 2024 |
| *Voir Dire* and Jury Instructions | September 23, 2024 |

Witness and Exhibit Lists

| | |
|---|---|
| Government's witness list, exhibit list and exhibits | September 23, 2024 |
| Defendant's witness list, exhibit list and exhibits | September 23, 2024 |

Hearings

| | |
|---|---|
| Status Hearing | August 29, 2024 |
| Pretrial Conference | September 26, 2024 |

Additional pretrial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

| | |
|---|---|
| Trial | October 4, 2024 |

**SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge