IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO: 1:22-CR-00299 |
| Plaintiff, | : | |
| -vs- | : | |
| SHAWNDALE CHILCOAT and DONALD CHILCOAT, | : | |
| Defendants. | : | |

**<u>DEFENDANTS' RESPONSE TO THE COURT'S MINUTE ORDER</u>**

Citing another case in this district where the Government "is not moving to dismiss [counts of a superseding indictment] which charge Olivia Pollock and Joseph Hutchinson with Failure to Appear . . ." Mot. To Dismiss (ECF No. 409), *United States v. Pollock*, 21-CR-447 this Court ordered the Government to file a notice clarifying its position as to "whether it intends to adopt the same position it has taken in *Pollock*." Min. Ord. 1/23/2025. The Government has now moved to dismiss all counts in *United States v. Pollock*, 21-CR-447 (ECF No. 412). And the Court granted that motion by minute order. *Id*. Min. Ord. 1/23/2025. Finally, dismissal pursuant to an established Justice Department policy is not "clearly contrary" to the public interest. *United States v. Rinaldi*, 434 U.S. 22, 31-32 (1977).

1

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928

*/s/Edward G. Bryan*
EDWARD G. BRYAN
Assistant Federal Public Defender
Ohio Bar: 0055556

*/s/Matthew Gay*
MATTHEW GAY
Assistant Federal Public Defender
NY Bar No: 5237409
1660 West Second Street, Suite #750
Cleveland, OH 44113
(216) 522-4856 Fax: (216)522-4321
E-mail: Edward_Bryan@fd.org
          Matthew_Gay@fd.org

2